# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Mary D. DeLoach

Case No.: 13-12187
Hearing Date: 06/22/2017
Chapter: 13
Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to Trustee's Certification of Default filed by Debtor's Counsel

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** 06/22/2017 at 9:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 06/01/2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 06/01, 20 17 this notice was served on the following: Debtor, Counsel for Debtor, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-12187-JKS
Mary D DeLoach                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
db              +Mary D DeLoach,    206 Midland Place,    Newark, NJ 07106-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bank of America, N.A. NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Bruce W. Radowitz    on behalf of Debtor Mary D DeLoach bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 8