**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mary D DeLoach**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3374<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–12187–JKS | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary D DeLoach

7/5/18                                                      **By the court:** John K. Sherwood
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 13-12187-JKS
Mary D DeLoach                                                  Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 3               Date Rcvd: Jul 05, 2018
                               Form ID: 3180W             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db             #+Mary D DeLoach,    206 Midland Place,    Newark, NJ 07106-3311
513656118      +Action Collection,    Po Box 351,    Livingston, NJ 07039-0351
513656119      +Allstate,    Po Box 3576,    Akron, OH 44309-3576
513656123      +Anesthesia Assoc of Morristown/ c/o,    David B. Watner, Esq,    1129 Bloomfield Avenue Ste 208,
                 Caldwell, NJ 07006-7123
513656125      +Apex Asset Management, LLC,    Po Box 7044,    Lancaster, PA 17604-7044
513656126      +Bank Home Loanns Servicing, LP,    Po Box 650070,    Dallas, TX 75265-0070
513694025       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513656134     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
513775048      +Cardiovascular Care Group,    AA Action Collection Co, Inc,    29 Columbia Turnpike, Suite 303,
                 Florham Park, NJ 07932-2240
513656129      +Citibank c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513656130       Coslar Sanitation, LLC,    420 Middles Raod,    Stroudsburg, PA 18360
513656131      +Devry University,    75 Remittance Drive Suite 1815,    Chicago, IL 60675-1815
513656133      +Ge Capital Retai bank c/o,    Eichenbaum & Stylianou, LLC,    10 Forest Avenue Ste 300,
                 Po Box 914,    Paramus, NJ 07653-0914
513656135      +Landmark Healthcare,    1750 Howe Avenue,    Suite 300,    Sacramento, CA 95825-3369
513656136      +Leading Edge Recovery Solutions, LLC,    5440 N. Cumberland Avenue Ste 300,
                 Chicago, IL 60656-1486
513656140      +Midland Funding LLC,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513656145     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Acceptance Corp,    Po Box 17275,    Baltimore, MD 21297)
513668062       Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
513656146      +Nobodydenied,    901 Mountain Avenue,    Springfield, NJ 07081-3414
513656147      +Overlook Hospital,    Po Box 35611,    Newark, NJ 07193-5611
513814041      +Overlook Medical Center,    PDAB,    PO Box 98,    Rockaway, NJ 07866-0098
513656148      +Penn Estates Utilites Inc,    Po Box 1105,    Northbrook, IL 60065-1105
513656149      +Porfolio c/o Glenn S. Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
513656151      +Raritan Bay Medical Center RHG,    Po Box 48071,    Newark, NJ 07101-4871
513656152      +Summit Medical Group,    Po Box 167,    Newark, NJ 07101-0167
513656153      +The Dental Center,    731 Bloomfield Avenue,    Bloomfield, NJ 07003-2514
513656154       Toy R us,    Bank Card Services,    Po Box 94012,    Palatine, IL 60094-4012
513656155      +United Collection Bureau, Inc,    Po Box 140190,    Toledo, OH 43614-0190
513656156      +Vital Recovery Services, Inc,    Po Box 923747,    Norcross, GA 30010-3747
513656160      +Wendy Bogart Shiffter,    1212 Christopher Street (rear),    Po Box 128,
                 Stroudsburg, PA 18360-0128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 05 2018 23:25:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 05 2018 23:25:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: MKnitter@monroecountypa.gov Jul 05 2018 23:25:27
                 Monroe County Tax Claim Bureau,    Attn: Mindy,    1 Quaker Plaza,    Room 104,
                 Stroudsburg, PA 18360-2141
513656120      +EDI: AMEREXPR.COM Jul 06 2018 02:48:00      Amercian Express,    Po Box 26312,
                 Lehigh Valley, PA 18002-6312
513656121      +EDI: AMEREXPR.COM Jul 06 2018 02:48:00      American Express,    PO Box 6618,
                 Omaha, NE 68106-0618
513937827       EDI: BECKLEE.COM Jul 06 2018 02:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern  PA 19355-0701
513937829       EDI: BECKLEE.COM Jul 06 2018 02:48:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513724874       EDI: AIS.COM Jul 06 2018 02:48:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
513656124      +EDI: WFNNB.COM Jul 06 2018 02:48:00      Annie Sez,    Po Box 182119,    Columbus, OH 43218-2119
513656127      +EDI: BANKAMER.COM Jul 06 2018 02:48:00      Bank of America,    Po Box 5170,
                 Simi Valley, CA 93062-5170
513656128      +EDI: TSYS2.COM Jul 06 2018 02:48:00      Bloomindale,    Po Box 183083,    Columbus, OH 43218-3083
513678416      +EDI: TSYS2.COM Jul 06 2018 02:48:00      Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513680941      +EDI: TSYS2.COM Jul 06 2018 02:48:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513656132       EDI: AMINFOFP.COM Jul 06 2018 02:48:00      First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 57117-5147
513996025       EDI: RMSC.COM Jul 06 2018 02:48:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513977739       E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2018 23:24:36      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049,    Green Tree Servicing LLC,    PO Box 0049,
                 Palatine, IL 60055-0049
```

```
District/off: 0312-2          User: admin               Page 2 of 3              Date Rcvd: Jul 05, 2018
                              Form ID: 3180W            Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513977738        E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2018 23:24:36      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
513656136       +E-mail/Text: bankruptcy@affglo.com Jul 05 2018 23:25:20
                 Leading Edge Recovery Solutions, LLC,    5440 N. Cumberland Avenue Ste 300,
                 Chicago, IL 60656-1486
513656138       +EDI: RMSC.COM Jul 06 2018 02:48:00       Lowe’s/GEMB,     Po Box 530914,    Atlanta, GA 30353-0914
513656139        EDI: TSYS2.COM Jul 06 2018 02:48:00      Macy,    Po Box 183083,    Columbus, OH 43218-3083
513656142       +E-mail/Text: MKnitter@monroecountypa.gov Jul 05 2018 23:25:27
                 Monroe County Assessment Office,    1 Quaker Plaza, Room 102,    Stroudsburg, PA 18360-2141
513656144       +E-mail/Text: egssupportservices@alorica.com Jul 05 2018 23:25:27      NCO Financial Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
513656143       +EDI: NESF.COM Jul 06 2018 02:48:00       National Enterprise System,    29125 Solon Road,
                 Solon, OH 44139-3442
513656150        EDI: PRA.COM Jul 06 2018 02:48:00       Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502
513997075        EDI: PRA.COM Jul 06 2018 02:48:00       Portfolio Recovery Associates, LLC,    c/o Annie Sez,
                 POB 41067,    Norfolk VA 23541
513875215        EDI: PRA.COM Jul 06 2018 02:48:00       Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
517526543       +EDI: RMSC.COM Jul 06 2018 02:48:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
513656157        EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo,    PO BOX 14411,    Des Moines, IA 50306-3411
517598531        EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Bank NA,    PO Box 660041,
                 Dallas, TX 75266-0041
513729701        EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
513665474        EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Bank, N.A.,
                 13675 Technology Drive, Bldg C., 2nd Fl,    Eden Prairie, MN 55344-2252
513840990       +EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
513846847       +EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,
                 Des Moines, IA 50328-0001
513656158       +EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Home Mortage,    Po Box 11701,
                 Newark, NJ 07101-4701
513656159       +EDI: WFFC.COM Jul 06 2018 02:48:00       Wells Fargo Home Mortgage,    Po Box 14411,
                 Des Moines, IA 50306-3411
                                                                                                TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
513656122*     +American Express,    Po Box 6618,   Omaha, NE 68106-0618
513656141*     +Midland Funding LLC,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513656117     ##+Able  Credit Services Group Inc,    623 River Road, Ste 2G,    Fair Haven, NJ 07704-3267
513656137      ##Livingston Pathology Associates, LLC,    Po Box 66689,    Falmouth, ME 04105-6689
                                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3           Date Rcvd: Jul 05, 2018
                              Form ID: 3180W           Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bank of America, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Bruce W. Radowitz    on behalf of Debtor Mary D DeLoach bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 9
```