Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                 Case No.: 13−12187−JKS
                                 Chapter: 13
                                 Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary D DeLoach
   206 Midland Place
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3374

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑      The Court having noted that the debtor filed a petition on February 4, 2013, and did not file the following documents:

      Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income(122C−2), Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J,.

☐      The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

   It is hereby

   ORDERED that the above document(s) must be received by the Clerk on or before 8/21/18 or the case will be dismissed.

   If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 8/21/18.

   If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: September 13, 2018
Time: 10:30 am
Location: Courtroom 3D
Address:   Martin Luther King, Jr . Federal Building
             50 Walnut Street
             3rd Floor
             Newark, NJ 07102

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: August 7, 2018
JAN: dlr

                                                            <u>John K. Sherwood</u>
                                                            United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Mary D DeLoach
    Debtor

Case No. 13-12187-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin            Page 1 of 1            Date Rcvd: Aug 07, 2018
                      Form ID: oscmsdoc       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db             #+Mary D DeLoach,    206 Midland Place,    Newark, NJ 07106-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
    Alexandra T. Garcia    on behalf of Creditor   Bank of America, N.A. NJECFMAIL@mwc-law.com,
     nj-ecfmail@ecf.courtdrive.com
    Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, NA nj.bkecf@fedphe.com
    Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
    Bruce W. Radowitz     on behalf of Debtor Mary D DeLoach bradowitz@comcast.net,
     r45676@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
     Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
     Mortgage Services L.P. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
     ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
    Joshua I. Goldman    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
     Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
     Mortgage Services L.P. jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                              TOTAL: 9